| | |
|---|---|
| 1 | MCGREGOR W. SCOTT |
| | United States Attorney |
| 2 | LAURA D. WITHERS |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-MJ-00049-BAM |
| Plaintiff, | MOTION TO DISMISS COMPLAINT; ORDER [FED. R. CRIM. PROC. 48(a)] |
| v. | |
| RUSSEL GUTIERREZ-REYNA, | |
| Defendant. | |

Comes now the United States, by and through its attorneys of record, MCGREGOR W. SCOTT, United States Attorney, and LAURA D. WITHERS, Assistant U.S. Attorney, and requests leave of the Court to dismiss the Complaint in this case without prejudice as to the above-named defendant in the interests of justice.

Dated: April 4, 2018                                         MCGREGOR W. SCOTT
                                                             United States Attorney

                                                     By:  /s/ LAURA D. WITHERS
                                                             LAURA D. WITHERS
                                                             Assistant United States Attorney

///

///

///

///

1

# **ORDER**

IT IS SO ORDERED that the Complaint be dismissed without prejudice as to defendant Gutierrez-Reyna. This Court VACATES all pending dates and matters. The Clerk of the Court is instructed to CLOSE THIS CASE.

Dated**: April 4, 2018**           /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE